**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                            **CAUSE NO. 1:20CR5-LG-JCG-1**

**VELTEENA THOMAS-**
**MANNERY**

### ORDER GRANTING GOVERNMENT'S MOTION FOR VOICE EXEMPLARS

**BEFORE THE COURT** is the [27] Motion for Voice Exemplars filed by the Government. The defendant has not filed a response in opposition to the Motion, and the time for filing a response has expired. *See* Unif. Local R. 47(C)(1). After reviewing the Motion, the record in this matter, and the applicable law, the Court finds that the Motion for Voice Exemplars should be granted as unopposed.

The defendant is ordered to provide voice exemplars prior to May 18, 2021, at a time and place agreed upon by the parties. The exemplars shall be provided in the presence of law enforcement personnel who is authorized to determine the appropriate methodology for recording the voice exemplar. The defendant shall provide the exemplars in her true voice without any attempt to disguise or alter the manner in which she normally speaks.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Government's Motion for Voice Exemplars is **GRANTED**.

**SO ORDERED AND ADJUDGED** this the 3rd day of May, 2021.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge