IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:20-cr-00005-LG-JCG

VELTEENA THOMAS-MANNERY

### ORDER GRANTING MOTION TO DISMISS ORIGINAL INDICTMENT AND CASE

On motion of the Acting United States Attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the original Indictment and case in Criminal No. 1:20-cr-00005-LG-JCG against the defendant, Velteena Thomas-Mannery, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the original Indictment and case in Criminal No. 1:20-cr-00005-LG-JCG against the defendant, Velteena Thomas-Mannery, is hereby dismissed without prejudice.

This the 25th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE